FILED
1/25/2022 4:17 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L000790
Calendar, A

FILED DATE: 1/25/2022 4:17 PM   2022L000790

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| ROSE ALANIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2022L000790 |
| ) | |
| HOME DEPOT USA, INC. d/b/a ) | |
| THE HOME DEPOT, ) | |
| ) | |
| Defendant. ) | |

### COMPLAINT AT LAW

NOW COMES Plaintiff, ROSE ALANIS, by and through her attorneys, POWER ROGERS, LLP and hereby complaining of Defendant, HOME DEPOT USA, INC. d/b/a THE HOME DEPOT ("HOME DEPOT"), pleading hypothetically and in the alternative, states as follows:

### Count I—Negligence

1. On or about December 17, 2021, and at all times relevant, Defendant, HOME DEPOT was a corporation organized under the laws of the State of Delaware and licensed to do business in the State of Illinois.

2. On or about December 17, 2021, and at all times relevant, HOME DEPOT, owned, operated, controlled and/or occupied the premises of the HOME DEPOT store uniquely identified as Store #1950, located at 1300 S. Clinton Street, County of Cook, State of Illinois, 60607.

3. On or about December 17, 2021, HOME DEPOT owed a duty of reasonable care to business invitees, including but not limited to, ROSE ALANIS, who are lawfully on premises of HOME DEPOT store #1950.

4. On or about December 17, 2021, HOME DEPOT owed a duty to ROSE ALANIS, while on its premises in her capacity as a private citizen, to maintain its premises, including but not limited to HOME DEPOT store #1950, in a reasonably safe condition.

5. On or about December 17, 2021, HOME DEPOT owed a duty to ROSE ALANIS, to warn of potentially dangerous conditions and/or defects on its premises, including but not limited to HOME DEPOT store #1950.

6. On or about December 17, 2021, ROSE ALANIS was shopping in the vegetation section of HOME DEPOT store #1950, when her foot caught a tree trunk that was towards the center of the aisle, causing her to fall.

7. On information and belief, on or about December 17, 2021, ROSE ALANIS' fall was caused by a tree that was placed and/or stored improperly near the center of the aisle.

8. On information and belief, the placement and/or storage of the aforementioned tree was in violation of HOME DEPOT's policies and procedures.

9. On and prior to about December 17, 2021, and at all times relevant, Defendant, HOME DEPOT, created the aforesaid dangerous condition and/or defect in its store, HOME DEPOT store #1950, which caused Plaintiff ROSE ALANIS to fall.

10. On or about December 17, 2021, at the time of ROSE ALANIS' fall on December 17, 2021, and for an unreasonable period of time prior thereto, there existed a defect with respect to a condition of the aisle in and around the area where ROSE ALANIS was shopping, in that it was improperly protruding and/or defective, thereby creating a tripping hazard.

11. On or about December 17, 2021, and at all times relevant, HOME DEPOT, knew or should have known that customers, like ROSE ALANIS, shopping in its stores, including HOME DEPOT store #1950, could be distracted by their shopping activity and/or advertising displays,

FILED DATE: 1/25/2022 4:17 PM 2022L000790

placed by HOME DEPOT throughout its stores, and thereby fail to notice or appreciate defects in or on the floor.

12. On or about December 17, 2021, and at all times relevant, HOME DEPOT knew or should have known of the existence of the aforementioned defect, and knew or should have known that this defect created an unreasonably dangerous and/or unsafe condition that exposed shoppers, including ROSE ALANIS, to an unreasonable risk of injury.

13. On or about December 17, 2021, and at all times relevant, at the aforesaid time and place, Defendant, HOME DEPOT, committed the following acts and/or omissions:

   a. Improperly placed a tree with its trunk protruding into the aisle;
   b. Failed to properly maintain the aisle allowing patrons to safely traverse throughout the store, thereby causing injury to ROSE ALANIS; and/or
   c. Failed to warn ROSE ALANIS by placement of a sign, cone, warning device, audible warning, and/or other notice that a tree was protruding into the aisle thereby causing injury to ROSE ALANIS; and/or
   d. Failed to warn ROSE ALANIS of the dangerous and unsafe condition of the aisle; and/or
   e. Failed to maintain the aisles in a reasonably safe condition; and/or
   f. Failed to inspect and timely correct the improperly placed tree in the aisle at HOME DEPOT store #1950; and/or
   g. Allowed invitees, including but not limited to ROSE ALANIS, to traverse in an area where and when HOME DEPOT knew or should have known that the aisle was in a dangerous and defective condition; and/or
   h. Failed to adequately place and/or maintain the vegetation at HOME DEPOT store #1950, such that it would not create and/or become and/or result in a dangerous and/or defective condition; and/or
   i. Failed to properly place the vegetation at HOME DEPOT store #1950, such that it would not create and/or become and/or result in a dangerous and/or defective condition.
   j. Created and/or maintained a dangerous and unsafe condition within the premises of a HOME DEPOT store; and/or
   k. Failed to maintain said aisles in a safe condition so that it was not protruding and thereby posed a tripping hazard to shoppers, such as ROSE ALANIS; and/or
   l. Improperly stored and/or placed vegetation where they protrude into the aisle; and/or
   m. Failed to enforce policies and procedures requiring that its agents and/or employees ensure that aisles do not contain tripping hazards or other hazardous conditions; and/or
   n. Failed to train its employees and/or agents with regards to ensuring that its aisles do not contain tripping hazards or other hazardous conditions; and/or

FILED DATE: 1/25/2022 4:17 PM 2022L000790

   o. Was otherwise careless and/or negligent.

14. On or about December 17, 2021, and at all times relevant, as a result of Defendant HOME DEPOT's aforesaid negligence, ROSE ALANIS, suffered painful injuries, including but not limited to, a closed head injury resulting in the need for significant medical treatment, resulting in the significant need for rehabilitative therapy.

15. As a direct and proximate result of the negligence of Defendant, HOME DEPOT, Plaintiff, ROSE ALANIS, was caused to trip and fall on HOME DEPOT's premises, resulting in severe and permanent injuries.

16. As a direct and proximate result of the aforesaid negligence of Defendant, HOME DEPOT, Plaintiff, ROSE ALANIS, sustained severe and permanent injuries, has endured and will in the future endure pain and suffering, has incurred and will continue to incur monetary obligations related to medical care and treatment; has incurred and will incur a disability.

17. As a result of the aforesaid negligence, ROSE ALANIS experienced and will in the future experience the need for medical, therapy, and other related care and treatment; including prolonged hospitalization for treatment of her injuries.

18. As a result of the aforesaid negligence, ROSE ALANIS has suffered a loss of normal life, and loss of her ability to be gainfully employed in the same or similar capacity, as that prior to her injury at HOME DEPOT store #1950.

19. The damages sought in the cause of action exceed the jurisdictional limits of the Circuit Court of Cook County's Law Division. See "Exhibit A," Affidavit from Plaintiff's counsel regarding damages sought in this cause of action.

 WHEREFORE Plaintiff, ROSE ALANIS, by and through her attorneys, POWER ROGERS, LLP hereby demands judgment against Defendant, HOME DEPOT USA, INC. d/b/a THE HOME DEPOT, in an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00).

FILED DATE: 1/25/2022 4:17 PM   2022L000790

Respectfully submitted,

POWER ROGERS, LLP

/s/ *Dominic C. LoVerde*
Dominic C. LoVerde
Attorney for plaintiff

Dominic C. LoVerde
**POWER ROGERS, LLP**
70 W. Madison Street, 55th Floor
Chicago, IL 60602
(312) 313-0202
Attorney No. 65400
dloverde@powerrogers.com
aaguilar@powerrogers.com

FILED
1/25/2022 4:17 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L000790
Calendar, A

FILED DATE: 1/25/2022 4:17 PM   2022L000790

# Exhibit A

FILED
1/25/2022 4:17 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L000790
Calendar, A

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| ROSE ALANIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2022L000790 |
| ) | |
| HOME DEPOT USA, INC. d/b/a ) | |
| THE HOME DEPOT, ) | |
| ) | |
| Defendant. ) | |

**AFFIDAVIT**

NOW COMES Affiant, Dominic C. LoVerde, and being first duly sworn on oath, deposes and states:

1. That he is one of the attorneys representing Rose Alanis.

2. That he is familiar with the facts in the above cause.

3. That he has reviewed the available information to the money damages in the above matter.

4. That based upon information and belief, the total money damages sought in the above cause are worth in excess of Fifty Thousand Dollars ($50,000.00).

_____
Dominic C. LoVerde

Subscribed and sworn to before me
this 25th day of January, 2022

_____
Notary Public

OFFICIAL SEAL
AURELIO AGUILAR
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/15/23

Civil Action Cover Sheet - Case Initiation     **12-Person Jury** (12/01/20) CCL 0520

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

ROSE ALANIS,

v.

HOME DEPOT USA, INC. d/b/a THE HOME DEPOT,

FILED
1/25/2022 4:17 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L000790
Calendar, A
16438741

No. 2022L000790

FILED DATE: 1/25/2022 4:17 PM    2022L000790

### CIVIL ACTION COVER SHEET - CASE INITIATION

A Civil Action Cover Sheet - Case Initiation shall be filed with the complaint in all civil actions. The information contained herein is for administrative purposes only and cannot be introduced into evidence. Please check the box in front of the appropriate case type which best characterizes your action. Only one (1) case type may be checked with this cover sheet.

Jury Demand ■ Yes ☐ No

(FILE STAMP)

**PERSONAL INJURY/WRONGFUL DEATH**
CASE TYPES:
- ☐ 027 Motor Vehicle
- ☐ 040 Medical Malpractice
- ☐ 047 Asbestos
- ☐ 048 Dram Shop
- ☐ 049 Product Liability
- ☐ 051 Construction Injuries (including Structural Work Act, Road Construction Injuries Act and negligence)
- ☐ 052 Railroad/FELA
- ☐ 053 Pediatric Lead Exposure
- ■ 061 Other Personal Injury/Wrongful Death
- ☐ 063 Intentional Tort
- ☐ 064 Miscellaneous Statutory Action (Please Specify Below**)
- ☐ 065 Premises Liability
- ☐ 078 Fen-phen/Redux Litigation
- ☐ 199 Silicone Implant

**TAX & MISCELLANEOUS REMEDIES**
CASE TYPES:
- ☐ 007 Confessions of Judgment
- ☐ 008 Replevin
- ☐ 009 Tax
- ☐ 015 Condemnation
- ☐ 017 Detinue
- ☐ 029 Unemployment Compensation
- ☐ 031 Foreign Transcript
- ☐ 036 Administrative Review Action
- ☐ 085 Petition to Register Foreign Judgment
- ☐ 099 All Other Extraordinary Remedies

By: /s/ Dominic C. LoVerde
    (Attorney)                    (Pro Se)

**COMMERCIAL LITIGATION**
CASE TYPES:
- ☐ 002 Breach of Contract
- ☐ 070 Professional Malpractice (other than legal or medical)
- ☐ 071 Fraud (other than legal or medical)
- ☐ 072 Consumer Fraud
- ☐ 073 Breach of Warranty
- ☐ 074 Statutory Action (Please specify below.**)
- ☐ 075 Other Commercial Litigation (Please specify below.**)
- ☐ 076 Retaliatory Discharge

**OTHER ACTIONS**
CASE TYPES:
- ☐ 062 Property Damage
- ☐ 066 Legal Malpractice
- ☐ 077 Libel/Slander
- ☐ 079 Petition for Qualified Orders
- ☐ 084 Petition to Issue Subpoena
- ☐ 100 Petition for Discovery

**_____

Primary Email: dloverde@powerrogers.com

Secondary Email: aaguilar@powerrogers.com

Tertiary Email: _____

**Pro Se Only:** ☐ I have read and agree to the terms of the *Clerk's Office Electronic Notice Policy* and choose to opt in to electronic notice form the **Clerk's Office** for this case at this email address: _____

**IRIS Y. MARTINEZ, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
Page 1 of 1

1910 - No Fee Paid
1919 - Fee Paid
Jury Demand                                                              (Rev. 12/01/20) CCG 0067

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
LAW DEPARTMENT/ FIRST DISTRICT

FILED DATE: 1/25/2022 4:17 PM   2022L000790

ROSE ALANIS,

v.

HOME DEPOT USA, INC. d/b/a THE HOME DEPOT,

No. 2022L000790

**JURY DEMAND**

The undersigned demands a jury trial.

FILED
1/25/2022 4:17 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L000790
Calendar, A

_____
(Signature)

☐ Atty. No.: 65400
Name: Dominic C. LoVerde
Atty. for: Plaintiff
Address: 70 W. Madison St., 55th Floor
City/State/Zip: Chicago, IL 60602
Telephone: 312-313-0202
Primary Email: dloverde@powerrogers.com

Dated: January 25, 2022